**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*John S. Crosby*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*john.crosby@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 353-6023*

September 5, 2026

**By ECF**
Hon. Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Komurcu v. Soto, et al.*, No. 26-11508 (RK)**
**Update Regarding Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 9:50 p.m. on September 4, 2026.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ John S. Crosby*
JOHN S. CROSBY
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of record (via ECF)

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** September 8, 2026